THE STATE EX REL. GZK, INC., APPELLEE, *v.* OHIO BUREAU OF WORKERS' COMPENSATION ET AL., APPELLANTS.

[Cite as *State ex rel. GZK, Inc. v. Ohio Bur. of Workers' Comp.* (1996), 74 Ohio St.3d 248.]

(No. 94-933—Submitted September 26, 1995—Decided January 10, 1996.)

---

*Betty D. Montgomery*, Attorney General, and *Dennis L. Hufstader*, Assistant Attorney General, for appellants.

---

*Per Curiam.* The court of appeals ordered a writ of mandamus to issue against the *commission* compelling it to vacate the order denying GZK group rating inclusion. The commission, however, was never a party to this order. Former R.C. 4123.29 bestowed rate and premium jurisdiction on the bureau, not the commission. As such, the commission was *never* involved in this matter administratively and has issued no order amenable to vacation.

The judgment of the court of appeals is reversed.

*Judgment reversed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.